Christopher Moore
Reg. No. 02315-097
Post Office Box 9000
Seagoville Tx. 75159-9000

Nov. 17th 2025

Honorable Chief Judge Reed O'Connor
Chief Judge of Federal District Court of Northern Texas
1100 Commerce Street Room 1452
Dallas TX 75242
Re: Administrative Remedy Program

3-25CV3228-L

Dear Chief Judge O'Connor

My name is Christopher Moore and I am incarcerated at the Federal Correctional Institution at Seagoville, TX. I filed an administrative remedy on July 11th 2025. I.A.W. 28 CFR 542.10 and 28 CFR 542.11 (b) I submitted a regional appeal (BP-10) on August 26 2025 which was filed on record September 5th 2025. I have not received a response from my BP-10 I.A.W. 28 CFR 542.18. According to 542.18 (12), if the inmate does not receive a preferable response within the allotted time frame for reply, including extension, the inmate may consider the absence of the response to be a denial at that level. I have requested a BP-11 from staff Unit Manager (Ms. Kerby) in order to continue my appeal process. I was denied by staff (Mr. Yourkowski-Associate Warden) who in an informal responds stated that the government was shut down and the Administration at Grand Prairie were furloughed. I.A.W. 28 CFR 542.11 (a) (2) I have not received a receipt from the administrative coordinator on my appeal with the region. I have used this administrative program in good faith but the officials here has been incompetent; unprofessional and irresponsible toward helping me resolve this complaint. I.A.W. 28 CFR 542.11 (b). The staff at Seagoville is denying me the opportunity to use the administrative remedy program in the proper manner for which it was designed for. The staff at Seagoville has consistently given me excuses because of the "government shut down" when I request a form to file an appeals process and all I am trying to do is exhaust this grievance process. I do not desire to waste your time by filing a potential motion on this issue. "Thus," I am hopeful that you can assist me toward resolving this matter.

Respectfully,
Christopher Moore
Reg. No. 02315-097

*Christopher Moore*

Name Christopher Moore
Reg. No. 02315-097
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
18 NOV 2025 PM 6 L

⇔02315-097⇔
Court Clerk
Karen Mitchell
1100 Commerce ST
Fed. Dist. of Nor Texas
Dallas, TX 75242
United States

75242-131052

RECEIVED
NOV 21 2025
MAILROOM